CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

LAW OFFICES OF LOTFY MRICH
Lotfy Mrich, Esq., SBN 202288
337 N .Vineyard Avenue, Suite 217
Ontario, CA 91764
T: 909-972-2033
F: 919-906-2033
lotfymrichesq@verizon.net
vineyardlawyers@gmail.com
Attorney for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Whitaker,<br><br>　　　Plaintiff,<br><br>　v.<br><br>My Mom's Bake Shop, a California Corporation; and Does 1-10,<br><br>　　　Defendants. | Case: 2:19-cv-08798-PA-KS<br><br>**JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

### **STIPULATION**

　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed <u>without prejudice</u> as to all parties.

Dated: December 16, 2020　　　　CENTER FOR DISABILITY ACCESS

1

By: /s/Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: December 16, 2020    LAW OFFICES OF LOTFY MRICH

By: /s/Lotfy Mrich

Lotfy Mrich
Attorney for Defendant

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Lotfy Mrich and that I have obtained Mr. Mrich's authorization to affix his electronic signature to this document.

Dated: December 16, 2020    CENTER FOR DISABILITY ACCESS

By: /s/Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff