JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Brian Whitaker, | Case: 2:19-cv-08798-PA-KS |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| My Mom's Bake Shop, a California Corporation; and Does 1-10, | |
| Defendants. | |

## ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Dated: December 16, 2020  _____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE